UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

99 SEP -2

| | |
|---|---|
| ANGELA FIGUEROA TORRES, et als | CIVIL NO. 97-1254 (JAF) |
| Plaintiffs | |
| vs. | |
| PEDRO TOLEDO-DAVILA, et als | CIVIL RIGHTS TRIAL BY JURY |
| Defendants | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that co-defendant Julio Pérez-Tirado, hereby appeals to the United States Court of Appeals for the First Circuit, from the Order of this Honorable Court dated August 6, 1999 denying defendant Pérez Tirado's motion requesting either judgment as a matter of law or a new trial.

**I HEREBY CERTIFY**: that a true copy of the foregoing write was mailed by regular mail to: Mauricio Hernández Arroyo, Esq., HC-01 Box 5761, Ciales, PR 00638-9024; Roberto Lefranc-Romero, Esq., Centro de Seguros Building, #701 Ponce de León Ave., Suite 407, Santurce, PR 00907; Francisco A. Ojeda Diez, Esq., Department of Justicie, Federal Litigation Division, P.O. Box 9020192, San Juan, PR 00902-0192.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this September 2, 1999.

>RICARDO L. RODRIGUEZ-PADILLA
>LAW OFFICES
>SUITE 923 IBM BLDG.
>654 MUÑOZ RIVERA AVE.
>HATO REY PR 00918
>TEL. (787) 250-1420
>FAX (787) 751-3286
>
>
>ORLANDO DURAN MEDERO
>USDC 209209

J-40