# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 MAR 15 AM II: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

ANGELA FIGUEROA TORRES, ET AL

     VS.

PEDRO TOLEDO-DAVILA, ET AL

                    CIVIL NO. 97-1254 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 02/02/00    **DOCKET #:160**    **TITLE:** MOTION by Julio Perez-Tirado |for Leave to File REPLY to opp to mot to object taxation of costs| W/reply tendered

[ ] Plaintiff(s)
[X] Defendant(s)

---

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

---

OTHER:

---

3/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE



3