# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ANGELA FIGUEROA TORRES, ET AL.

VS.

PEDRO TOLEDO-DAVILA, ET AL

CIVIL NO. 97-1254 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 01/12/00   DOCKET #: 158   TITLE: OBJECTION by Julio Perez-Tirado to [157-1] costs

[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Costs remain Taxed, but Execution is Stayed pending Appeal

3/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

164