UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Angela Figueroa Torres, et al.

v    CIVIL CASE: 97-1254 (JAF)

Pedro Toledo Davila, et al.

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED: 2/7/01 | DOCKET #: 168 | TITLE: MOTION by Julio Perez-Tirado for Orlando Duran Medero to Withdraw as Attorney |
| BY: Defendant | | |

O-R-D-E-R

Granted

_6/15/01_    _/s/ Jose A. Fuste_
DATE    JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE