# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



ANGELA FIGUEROA TORRES,
ET AL.

      VS.                        CIVIL NO. ___97-1254___ (JAF)

PEDRO TOLEDO DAVILA, ET AL.

RECEIVED & FILED
01 AUG 27 AM 7:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|
| DATE FILED:    DOCKET:    TITLE: |
| [] Plffs.     [] Defts. |

### O-R-D-E-R

Interested parties must submit any materials that may aid the court in resolving the dispute on remand before Sept 18.

_8/24/01_
DATE

_/s/ Jose A. Fuste_
JOSE A. FUSTE
U.S. DISTRICT JUDGE

172