UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Angela Figueroa Torres, et al.

v.

Pedro Toledo Davila, et al.

CIVIL CASE: 97-1254 (JAF)

RECEIVED
03 FEB 24 AM 9:53
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 2/6/03 | Docket #: 177 | MOTION by All Plaintiffs |for Disbursement of Funds| |
|---|---|---|
| By: Plaintiffs | | |

### O-R-D-E-R

☒ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: *As requested.*

2/20/2000
Date

Jose A. Fuste
United States District Judge

Finance
2/24/03
cs

178