# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Angela Figueroa Torres, et al.

v.                                              CIVIL CASE:  97-1254 (JAF)

Pedro Toledo Davila, et al.



### DESCRIPTION OF MOTION

| Date: 10/28/03 | Docket #: 181 | MOTION by All Plaintiffs | for Disbursement of Funds | |
|---|---|---|
| By:  Plaintiffs | | |

### O-R-D-E-R

[X] GRANTED

[ ] DENIED

[ ] NOTED

[ ] MOOT

OTHER: *As requested, plus int less reg. fees. See D.O. no. 181.*

___11/12/2003___
Date

Jose A. Fuste
United States District Judge